Preparing Civil Action for Failure Official Capacity Proceeding Art. 2.28 Identity Correction & Potential Murder / Theft

Proof of Repeated Filing & Failure ——

Unit Grievance Dept. have denied me Right to have an grievance heard — Denied Grievance Regards of Access to Court Bout to Prepare Civil Action

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 26 2024
CLERK, U.S. DISTRICT COURT
By ________ Deputy

7-24CV-025-O

C.C. File — Civil County

# Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: ______

Date Received: ______

Date Due: ______

Grievance Code: ______

Investigator ID #: ______

Extension Date: ______

Date Retd to Offender: ______

Offender Name: Lord Roylenind R. Turner TDCJ # 00868518

Unit: Allred Housing Assignment: 7H-17 Top

Unit where incident occurred: Allred V. Turner

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? I-60's, UCI & April Zamora When? 1-13-24

What was their response? None

What action was taken? None

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

I, the above inmate file this Step 1 Complaint for Violation of State Law Article 60.14 — Art. 2.28 (2) take action to ensure that info. maintained in the Computerized System Reflects the persons Identity (B). Notify Tx. D.C.J. that the persons Identity info. was have been falsely used — under (B) Sect. 411.0421

And Violation of Right to Redress of Grievance or Correct Identification —

Due to the level of Identity Theft I filed to Seek D.O.B. Correction — through UCI Constant denial of a Grievable issue —

I've sort to have this issue Remedied for Many years —

Spoke to April Zamora (Sgt.) of Reentry Div. of Tx. Dept. of Crim. Justice & was told Correction would be made — never after years none made —

I am Roylenind Ro'Don Turner of Dallas Tx. born at Parkland Memorial Hospital on 10-30-79 — Not 10-03 government type error — (Mother)

To parentage of: Francene V. Williams-Vaden & (Father) Donald Roy Miller Sr. Biological Parents

[illegible]

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

**Appendix F**

**Action Requested to resolve your Complaint.**

**Offender Signature:** **Date:**

**Grievance Response:**

**Signature Authority:** ______________________________ **Date:** __________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #______________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** ______________________________

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______________________________

**OFFICE USE ONLY**

Initial Submission UGI Initials: ________

Grievance #: ______________

Screening Criteria Used: ______________

Date Recd from Offender: ______________

Date Returned to Offender: ______________

**2nd Submission** **UGI Initials:** ________

Grievance #: ______________

Screening Criteria Used: ______________

Date Recd from Offender: ______________

Date Returned to Offender: ______________

**3rd Submission** **UGI Initials:** ________

Grievance #: ______________

Screening Criteria Used: ______________

Date Recd from Offender: ______________

Date Returned to Offender: ______________

CC. 3 Filed

Texas Department of Criminal Justice

# STEP 1 OFFENDER GRIEVANCE FORM

Tynner. Rayland

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | |
| Date Received: | |
| Date Due: | |
| Grievance Code: | |
| Investigator ID #: | |
| Extension Date: | |
| Date Retd to Offender: | |

Offender Name: Rayland L. Tynner TDCJ # 00862518

Unit: Allred Housing Assignment: ~~4 Hdr~~ H 17 Top

Unit where incident occurred: James V. Allred 7H-17T

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? I 60 & UGI & April Zamora When? Apr. 14 2023

What was their response? None as of yet

What action was taken? None as of yet

**State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate**

I the above inmate file this Step 1 Complaint to protest against Article 60.19 Misuse of Identity Sect. 111.021

Due to the level of Identity theft I am forced to seek Correction of D.O.B.—

I spoke to April Zamora (Social Security Admin) of Reentry Div. of Tx. Dept. of Criminal Justice) & was told Correction would be made none yet—

Due to distrust in my name over & over— I am forced to make these Corrections to protect the interest of myself & others—

I am Rayland LaDon Tynner of Dallas Tx. born at Parkland Memorial Hospital on 10.30.79— (Not 10.03.)

~~to~~ To the Parenthood of:

(Mother) Francene V. Williams Tynner Walker Vaden &

(Father) Donald Roy Miller Sr.— (Biological Father)

My Middle Name is His 1st Name (La'Don) My 1st Ray (His Middle) land (Parkland)

Yes I am an illegitimate Son—

I am Not RayDon Randell (or Randale 10.03.78 born in Dallas Tx. at Parkland Mem. Hospital even though we resemble— we are Not the Same— we do

I-127 Front (Revised 11-2010) **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM** (OVER)

Know each other Whose Similar 1st Names D.O.B / Birth Place (City & State & Hospital — But I am.. 10-30-79 (Scorpio) (Not 10-03)

I've written multiple times & was told it would be corrected — Systematic neglect & failure is not justifiable. I file this to secure both claims & civil action 1983 for misuse of identity & theft in regards to wills & trust(s) of women who trusted in me to secure their family's interest in their absence. It is within the capacity of any Texas Gov. entity to make this correction

**Action Requested to resolve your Complaint.** Art. 2.32 (1)(2)(3) Sorting correction of D.O.B. on all gov. documents & full relief for theft/misuse or abuse of identity a.a.a

**Offender Signature:** [signature] **Date:** Apr. 19th 2023

**Grievance Response:**

**Signature Authority:** ______________________ **Date:** __________

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when the corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☐ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☑ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #__________
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** R. Schroyer, RS

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** ______________________

**OFFICE USE ONLY**

Initial Submission UGI Initials: RS
Grievance #: 2023095789
Screening Criteria Used: 999.08
Date Recd from Offender: APR 21 2023
Date Returned to Offender: APR 21 2023

**2nd Submission** UGI Initials: RS
Grievance #: 2023095789
Screening Criteria Used: 999.08
Date Recd from Offender: APR 24 2023
Date Returned to Offender: APR 24 2023

**3rd Submission** UGI Initials: RS
Grievance #: 2023095789
Screening Criteria Used: 999.08
Date Recd from Offender: MAY 01 2023
Date Returned to Offender: MAY 01 2023

**SUBJECT:** *State briefly the problem on which you desire assistance.*

Ms. [illegible] this Complaint is [illegible] [illegible] [illegible] [illegible] — (Identity Errors & Corrections to Names, D.O.B. & Social Security) identified & brought to the attention of the Former (TDCJ) is a matter originated & Remedy thru TDCJ — Classification / Inmate Records & TDCJ's 4616 W. Howard Ln. Ste 200 — Ph 877-887-6181 whom handles Remedy [Inmate Records] — You don't have to answer it — It's an issue/Complaint to be forwarded to Inmate Records & on to 4616 W. Howard Ln. for Resolve — Ms. [illegible] [illegible] [illegible] [illegible] [illegible]

Name: Rowland L. Tanner No: 00860518 Unit: Allred

Living Quarters: 7 bldg. H-17 Top bunk Work Assignment: 13 work Squad

**DISPOSITION:** (Inmate will not write in this space) [illegible] trusted in me to ensure their original children would be secured in their wills [illegible] their [illegible]. I can not dishonor their trust in me. So it's a must I follow through — as their Guardian — If it was you & your offspring you'd expect no less, in the one you trusted to honor your word —

I-60 (Rev. 11-90)

SUBMITTED BY INMATE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*
2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*
3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*
4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*
5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*
6. ☐ *Parole requirements and related information (Unit Parole Counselor)*
7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*
8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: UCI Ruth Schroyer
(Name and title of official)

DATE: Apr. 21, 2023

ADDRESS: UCI

Mail to Federal Courts — Born Parkland Memorial Hospital Dallas Texas Dallas County

IDITP200 0001 TEXAS DEPARTMENT OF CRIMINAL JUSTICE PAGE: 1 OF 1
INDIVIDUALIZED TREATMENT PLAN (ITP) DATE: 04/28/2022

SID NO: 06034912 TDCJ NO: 00862518 NAME: TYNER,RAYLAND LADON
UNIT: [redacted] → 10·30·79 ← Not 10·03

| PAROLE VOTED | WINDHAM SCHOOL DISTRICT | COLLEGE | INTENSIVE VOL PROGRAMS |
|---|---|---|---|
| PRSAP _ | ACADEMIC _ | CA2Y _ | _ |

NORTH TEXAS TX P&DC
DALLAS TX 750
31 JAN 2024 PM 7 L
RECEIVED
FEB 2 6 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION