# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **RAYLAND L. TYNER,** § | | |
| **TDCJ No. 00862518,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | Civil Action No. 7:24-cv-025-O |
| § | | |
| **UNIT GRIEVANCE DEP'T,** § | | |
| § | | |
| **Defendant.** § | | |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **29th day** of **March, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE